Aaron E. Larch, administrator of estate of James R. Larch, deceased, appellee, v. J. A. Judy and C. J. Tucker, trading as Judy Wholesale Candy Company, appellants.

Action to recover damages for death caused by truck driven at excessive speed. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

George B. and George M. Gillespie, for appellants; McMillen &

McMillen and Redmon, Hogan & Redmon, of counsel. Whitley & Fitzgerald, for appellee; Arthur F. Delahunty, of counsel.

Mr. Presiding Justice Waggoner delivered the opinion of the court.